SIEFERT (HARRY), Plaintiff and Respondent, vs. SIRES, Defendant and Appellant: WESTERN CASUALTY & SURETY COMPANY and another, Defendants: GUNVILLE, Defendant and Respondent.

For the appellant: *Bender, Trump & McIntyre,* attorneys, and *David G. Owen, Jr.,* of counsel, all of Milwaukee.

For the respondent (plaintiff): *Bendinger & Hayes,* attorneys, and *John H. Schlosser* of counsel, all of Milwaukee.

For the respondent (defendant Ervie Gunville): *Hayes & Hayes,* attorneys, and *William A. Hayes* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

OLSON, Plaintiff and Respondent, vs. RAHR-GREEN BAY BREWING CORPORATION, Defendant and Respondent: AMERICAN MOTORISTS INSURANCE COMPANY, Appellant.

For the appellant: *North, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

For the respondent (plaintiff): *M. E. Davis,* attorney, and *Isadore G. Alk* of counsel, both of Green Bay.

For the respondent (defendant): *Clifford & Dilweg* of Green Bay.

*By the Court.*—Judgment affirmed.